UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **AMERICAN PROCESS EQUIPMENT COMPANY, INC.,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.  05-10029-NMG |
| **ATLANTIC MUTUAL INSURANCE COMPANIES,** | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE OF JOHN R. BAUER
ON BEHALF OF  ATLANTIC MUTUAL INSURANCE COMPANY**

Pursuant to Local Rule 83.5.2 (a), John R. Bauer, of Robinson & Cole, LLP, hereby enters his appearance in this action on behalf of Defendant Atlantic Mutual Insurance Company.

        Respectfully submitted,

**ATLANTIC MUTUAL INSURANCE COMPANY,**
By its attorneys,

/s/ John R. Bauer
John R. Bauer, BBO # 630742
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: April 7, 2005

BOST1-854289-1