UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>)<br>AMERICAN PROCESS EQUIPMENT )<br>COMPANY, INC., )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>ATLANTIC MUTUAL INSURANCE )<br>COMPANIES, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-10029-NMG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3(A),

Atlantic Mutual Insurance Company (incorrectly named in the complaint as Atlantic Mutual

Insurance Companies) discloses as follows:

Atlantic Mutual Insurance Company is a wholly owned subsidiary of Atlantic Mutual
Insurance Companies.

Respectfully Submitted,
**ATLANTIC MUTUAL INSURANCE
COMPANY,**
By its attorneys,


/s/  John R. Bauer
John R. Bauer, BBO # 630742
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: April 7, 2005

BOST1-854288-1