UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-10736 (NMG) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1), American Process Equipment Company, Inc. and Atlantic Mutual Insurance Company hereby stipulate to dismissal with prejudice of all remaining claims in the above-captioned action, and without costs assessed against any party, each party to bear its own attorneys' fees, and any and all rights of appeal are hereby waived.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** <br> **AMERICAN PROCESS EQUIPMENT COMPANY, INC.,** | **DEFENDANT,** <br> **ATLANTIC MUTUAL INSURANCE COMPANIES,** |
| By its attorneys, | By its attorneys, |
| /s/ Noah Rosmarin <br> David L. Kelston, BBO # 267310 <br> Noah Rosmarin, BBO # 630632 <br> ADKINS, KELSTON & ZAVEZ, P.C. <br> 90 Canal Street <br> Fifth Floor <br> Boston, MA 02114 <br> (617) 367-1040 | /s/ John R. Bauer <br> John E. Tener, BBO # 563791 <br> John R. Bauer, BBO # 630742 <br> Nancy M. Cremins, BBO # 658932 <br> ROBINSON & COLE, LLP <br> One Boston Place <br> Boston, MA  02108 <br> (617) 557-5900 |

Dated: January 20, 2006